1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   SHANNON Z. PETERSEN, Cal Bar No. 211426
3  spetersen@sheppardmullin.com
   LISA YUN PRUITT, Cal Bar No. 280812
4  lpruitt@sheppardmullin.com
   12275 El Camino Real, Suite 100
5  San Diego, California 92130
   Telephone:    858.720.8900
6  Facsimile:    858.509.3691

7  Attorneys for Defendant
   POPILUSH, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMILY MCBRIDE, individually and on behalf of all those similarly situated, | Case No. 5:25-cv-00540 |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| POPILUSH, LLC, | |
| Defendant. | |

-1-

TO THE HONORABLE COURT, ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Emily McBride and Defendant Popilush, LLC (collectively "the Parties"), have settled all claims between them in this matter subject to finalization of a written settlement agreement between them.

Within the next sixty (60) days, the parties expect to file a Stipulation of Dismissal with prejudice as to all claims. The Parties request that the Court vacate all pending deadlines and hearings in this matter but that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement agreement.

Dated: October 1, 2025

THE LAW OFFICES OF JIBRAEL S. HINDI

By: */s/ Gerald D. Lane Jr.*
GERALD D. LANE JR.

Attorneys for Plaintiff
EMILY MCBRIDE

Dated: October 1, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA YUN PRUITT

Attorneys for Defendant
POPILUSH, LLC

**ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 1, 2025                    */s/ Shannon Z. Petersen*
                                          Shannon Z. Petersen